**Order entered March 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00232-CV

## JENNIFER DOUGLAS, Appellant

## V.

## ISIDRO CORONADO, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05373-E**

**ORDER**
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is appellant's March 18, 2022 emergency motion for temporary orders. We **DENY** the motion.

/s/     LESLIE OSBORNE
        JUSTICE